IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

Margaret Melissa Plant,

    Plaintiff

vs.                                                            Case No. 1:16-cv-00260-LF-WPL

Midwest Fidelity Services, LLC,

    Defendant

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff submits this notice of dismissal prior to the service of any answer or motion for summary judgment by any defendant. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff gives notice that this civil action is hereby dismissed with prejudice, and without fees or costs to any party.

Dated: July 18, 2016

                                            Respectfully Submitted,

                                            s/Anita M. Kelley
                                            Anita M. Kelley
                                            Law Office of Anita M. Kelley
                                            1121 Fourth Street NW, Suite 1-A
                                            Albuquerque, NM 87102
                                            akelley@consumerlawinfo.com
                                            (505) 750-0265

## **CERTIFICATE OF SERVICE**

I certify that on July 18, 2016, I filed the foregoing document with the Court using CM/ECF, which will send notification of such filing to all counsel of record.

<u>s/Anita M. Kelley</u><br>
Anita M. Kelley